ALICE M. HOAR et al., by Guardian, etc., Appellant *v.* WILLIAM H. H. HOAR, Respondent.

(Argued October 21, 1889; decided October 29, 1889.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the May Term, 1888, which affirmed a judgment in favor of defendant, entered upon a verdict.

*T. F. Bush* for motion. ·

*Henry Daily, Jr.,* opposed.

Agree to grant motion unless attorney for appellant, within ten days, give attorney for respondent proper notice of justification of sureties ; and if sureties are rejected furnish others as provided by law, in which case motion is denied.
All concur.
Ordered accordingly.